UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND
PROVIDENCE DIVISION

| | |
|---|---|
| CRISTAL COTE,<br><br>   Plaintiff,<br><br>vs.<br><br>GC SERVICES LP.,<br><br>   Defendant. | Case No.: 17-cv-00483-WES-PAS<br><br>NOTICE OF VOLUNTARY DISMISSAL |

**PLEASE TAKE NOTICE** the Plaintiff to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulates, in consideration of a negotiated settlement executed between the parties, to the Dismissal With Prejudice of this action, with each party to bear its own attorney's fees and costs.

RESPECTFULLY SUBMITTED,

DATED: August 9, 2018

THE LAW OFFICE OF DANIEL RUGGIERO

By: */s/ Daniel G. Ruggiero*
Daniel G. Ruggiero
THE LAW OFFICE OF DANIEL RUGGIERO
275 Grove St. Suite 2-400
Newton, MA 02466
T: (339) 237-0343
F: (339) 707-2808
Email: DRuggieroEsq@gmail.com
Attorney for Plaintiff
CRISTAL COTE

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of August, 2018, I transmitted PLAINTIFF'S NOTICE OF DISMISSAL using U.S. mail to the following parties:

GC Services LP
6330 Gulfton St.
Houston, TX 77081

                By: */s/ Daniel G. Ruggiero*
                    Daniel G. Ruggiero
                    Attorney for Plaintiff